

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No.  3:24-cr-00009 |
| | ) |
| | ) Judge Richardson |
| | ) |
| v. | ) 18 U.S.C. § 2 |
| | ) 18 U.S.C. § 922(g)(5)(A) |
| | ) 18 U.S.C. § 924 |
| | ) 18 U.S.C. § 1201(a)(1) |
| | ) 18 U.S.C. § 1201(c) |
| | ) 18 U.S.C. § 1513(b)(1) |
| | ) 18 U.S.C. § 1513(c) |
| BAYRON WUIFREDO SANTOS-RECARTE | ) 18 U.S.C. § 1513(f) |
| a/k/a "Flaco" | ) |

# S U P E R S E D I N G   I N D I C T M E N T

### COUNT ONE

THE GRAND JURY CHARGES:

Beginning on or about November 4, 2023, through on or about November 6, 2023, in the Middle District of Tennessee and elsewhere, the defendant, **BAYRON WUIFREDO SANTOS-RECARTE, a/k/a "Flaco,"** did knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to engage in conduct, attempt to engage in conduct, and threaten to engage in conduct, that is, assault which caused bodily injury to Individual A, with the intent to retaliate against Individual A for testimony given by Individual A, a witness in an official proceeding, that is, a federal criminal trial in the Middle District of Tennessee, in violation of Title 18, United States Code, Section 1513(b)(1).

In violation of Title 18, United States Code, Section 1513(f).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Beginning on or about November 4, 2023, through on or about November 6, 2023, in the Middle District of Tennessee and elsewhere, the defendant, **BAYRON WUIFREDO SANTOS-RECARTE, a/k/a "Flaco,"** did knowingly engage in conduct, attempt to engage in conduct, and threaten to engage in conduct, that is, assault which caused bodily injury to Individual A, with the intent to retaliate against Individual A for testimony given by Individual A, a witness in an official proceeding, that is, a federal criminal trial in the Middle District of Tennessee.

In violation of Title 18, United States Code, Sections 1513(b)(1), 1513(c), and 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about November 5, 2023, in the Middle District of Tennessee, the defendant, **BAYRON WUIFREDO SANTOS-RECARTE, a/k/a "Flaco,"** did knowingly combine, conspire, confederate, and agree with others to unlawfully and willfully seize, confine, kidnap, abduct, carry away, and hold Individual A for retaliation, intimidation, frightening, and assaulting, with others known and unknown to the Grand Jury, and, in committing and in furtherance of the commission of the offense, used a means, facility, and instrumentality of interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1201(c).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about November 5, 2023, in the Middle District of Tennessee, the defendant, **BAYRON WUIFREDO SANTOS-RECARTE, a/k/a "Flaco,"** did unlawfully and willfully seize, confine, kidnap, abduct, carry away, and hold Individual A for retaliation, intimidation, frightening, and assaulting, with others known and unknown to the Grand Jury, and, in committing and in furtherance of the commission of the offense, used a means, facility, and instrumentality of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

Between on or about February 19, 2024, and February 28, 2024, in the Middle District of Tennessee, the defendant, **BAYRON WUIFREDO SANTOS-RECARTE, a/k/a "Flaco,"** knowing he was an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith & Wesson, Model: M&P 15-22, .22lr caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924.

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES:

1. The allegations contained in this Superseding Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Count Five, the defendant, **BAYRON WUIFREDO SANTOS-RECARTE, a/k/a "Flaco,"** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of the offense, including the Lorcin, Model: L9MM, 9x19mm caliber, pistol; the Smith & Wesson, Model: M&P 15-22, .22lr caliber rifle; and any related ammunition.

A TRUE BILL

_____
FOREPERSON

THOMAS J. JAWORSKI
ATTORNEY FOR THE UNITED STATES
ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. § 515

AHMED SAFEEULLAH
BROOKE FARZAD
ASSISTANT UNITED STATES ATTORNEYS

4

DAVID L. JAFFE
CHIEF
VIOLENT CRIME AND RACKETEERING SECTION
DEPARTMENT OF JUSTICE

*/s/ Matthew Hoff*

MATTHEW HOFF
DEPUTY CHIEF
VIOLENT CRIME AND RACKETEERING SECTION
DEPARTMENT OF JUSTICE