IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:24-cr-00009 |
| v. | ) | |
| | ) | Judge Richardson |
| BAYRON WUIFREDO SANTOS-RECARTE | ) | |

## UNITED STATES' SENTENCING POSITION

The United States of America, by and through its attorneys, does not have any objections to the Presentence Report (PSR).

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

DAVID L. JAFFE
Chief of the Department of Justice
Violent Crime and Racketeering Section

BY: *s/ Ahmed A. Safeeullah*
AHMED A. SAFEEULLAH
Deputy Chief
United States Attorney's Office
719 Church Street, Suite 3225
Nashville, Tennessee 37203
Phone: 615-736-5151

CHRISTOPHER MATTHEWS
Trial Attorney
Violent Crime and Racketeering Section

MATTHEW K. HOFF
Deputy Chief
Violent Crime and Racketeering Section