# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**

V.

BAYRON WUIFREDO SANTOS-RECARTE

(list each defendant appearing at hearing)

Case No.: 3:24-cr-00009
Judge: Eli Richardson
Hearing Date: 04/18/2025
Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Debbie Watson
Court Interpreter: Judith Kristy

## CRIMINAL MINUTES

Government Attorney(s): Ahmed Safeeullah

Defense Attorney(s): Paul Bruno

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☒
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Sentencing hearing held. Defendant sentenced to 135 months' incarceration, 4 years' supervised release, and $500 special assessment. Judgment to enter.

Total Time in Court: 57 Minutes

Clerk of Court
by: Julie Jackson